THE STATE v. MILLER, *Appellant*.

Division Two, November 21, 1898.

Appellate Practice: CASE STRICKEN FROM DOCKET. In this case no appeal was granted by the circuit judge, no writ of error was issued by the Supreme Court, and the bill of exceptions was never signed by the circuit judge. *Held*, that the case must be stricken from the docket.

*Appeal from Caldwell Circuit Court.*—HON. E. J. BROADDUS, Judge.

STRICKEN FROM DOCKET.

*C. A. Loomis* and *W. J. Wyatt* for appellant.

*Edward C. Crow,* Attorney-General, and *Sam B. Jeffries,* Assistant Attorney-General, for the State.

(1) There is nothing save the record proper in this case for consideration. It does not appear that the bill of exceptions was ever signed by the trial judge.

GANTT, P. J.—This cause must be stricken from the docket because no appeal was granted by the circuit court, and no writ of error was issued from this court.

A minute examination discloses furthermore, that what purports to be a bill of exceptions was never signed by the judge of that circuit, and has no place in the transcript.

Stricken from the docket.

SHERWOOD and BURGESS, JJ., concur.